**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAHIM MAREDIA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Civil Action No. 26-7910<br>**ORDER** |

**CECCHI, District Judge.**

This matter is before the Court upon Petitioner Rahim Maredia's petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. Also before the Court is a motion for a temporary restraining order ("TRO"). ECF No. 3. Having reviewed the § 2241 petition pursuant to Rule 4 of the Rules Governing Section 2241 Proceedings in the United States District Courts, the Court concludes that it is appropriate for the petition to proceed at this time.

**IT IS** therefore on this 1st day of July, 2026,

**ORDERED** that the Clerk's Office shall forward a copy of the petition (ECF No. 1) and this Order, to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that within fourteen days (14) days of the date of the entry of this Order, Respondents shall file and serve a response which responds to the allegations and grounds in the habeas petition, and which includes all affirmative defenses Respondents seek to invoke; and it is further

**ORDERED** that within seven (7) days of receipt of the response, Petitioner may file a reply to the answer; and it is further

**ORDERED** that Petitioner shall not be transferred from his current place of detention, or removed from the United States, without permission from this Court. The Court has authority to enjoin transfer under the All Writs Act. *See* 28 U.S.C. § 1651 (permitting courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law"); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (recognizing "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels"); *see also Dabone v. Karn*, 763 F.2d 593, 597 n.2 (3d Cir. 1985); and it is further

**ORDERED** that within seven (7) days of Petitioner's release, be it parole or otherwise, Respondents shall electronically file a written notice of the same with the Clerk's Office; and it is further

**ORDERED** that in light of the relief granted herein, Petitioner's motion for a TRO, ECF No. 3, is **DENIED AS MOOT**.

**SO ORDERED**.

*s/ Claire C. Cecchi*
**CLAIRE C. CECCHI, U.S.D.J.**